FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

DEC   7 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Corey Anderson #329743 #1803741

ECI

30420 Revells Neck Rd.

Westover, MD. 21890

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. PX-16-3920
(Leave blank.  To be filled in by Court.)

B. Shreaves COII  Ofc. Rayles COII

ECI - Employee 4-12 pm shift

30420 Revells Neck Rd.

Westover, MD. 21890
(Full name and address of the defendant(s))

## COMPLAINT

I.    **Previous lawsuits**

A.    Have you filed other cases in state or federal court dealing with the same facts as in
this case or against the same defendants?

YES [  ]     NO [✓]

B.    If you answered YES, describe that case(s) in the spaces below.

1.    Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

1983 Complaint Rev. (4/10/2006)

2. Court (if a federal court name the district; if a state court name the city or

   county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

   _____

7. Date of disposition: _____

## II.    Administrative proceedings

A. If you are in a Division of Correction facility, did you file an administrative remedy
   procedure request under DCD 185-001, et seq.?

   YES [✓]    NO [ ]

1. If you answered YES:

   a. What was the result? Dismissed without Prejudice,

      UNDER ILU INVESTIGATION.

   b. Did you appeal to the Commissioner?

      YES [✓]    NO [ ]

2. If you answered NO to either of the questions above, explain why you did not
   file an administrative remedy procedure request or an appeal to the

   Commissioner. _____

   _____

   _____

3. Did you file any other type of administrative complaint such as an appeal to

1983 Complaint Rev. (4/10/2006)                    2

the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [ ]     NO [✓]

4.   If you answered YES, explain what you filed and what was the result.

_____

_____

_____

B.   If you are not in a Division of Correction facility, is there a grievance procedure at your institution?

YES [ ]     NO [ ]

If your answer is YES:

1.   Did you file a grievance?

YES [ ]     NO [ ]

2.   If you filed a grievance what was the result? _____

_____

3.   If you did not file a grievance explain why not? _____

_____

1983 Complaint Rev. (4/10/2006)                3

III.    **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On. Apr. 5, 2016 Approx. 10:00PM I was Assualted by OFC. Shreaves and OFC. Broyles

While I was on lock up, And both OFC's made False Statement To cover

up There Actions. OFC. Shreaves Twisted my Arm As if He was Trying To

break my Arm Through The slot, While This OFC. was Twisting my Arm in

A violent Matter, OFC. Broyles was Stabbing me with the lock key.

I suffer severe damage To my Shoulder & Hand, due To These Officer's

Assualt.

IV.    **Relief**
(State briefly what you want the Court to do for you)

I want like To be reward Punitive & Monetary Damages of $100,000

due To These OFC's Negligence.

SIGNED THIS __30TH__ day of __November__ , 2016 .

Corey Anderson #329743 #1803741
(original signature of plaintiff)

MCI-J
P.O. Box 549
Jessup, MD. 20794
(address of plaintiff)